# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Austin Lee Grant, | ) | Case No. 1:21-cr-176 |
| | ) | |
| Defendant. | ) | |

On December 20, 2021, defendant filed a notice of substitution of counsel. (Doc. No. 71). Accordingly, attorney Kyle Craig shall be substituted as counsel of record for defendant. Attorney Alexander Kelsch is authorized to withdraw.

**IT IS SO ORDERED.**

Dated this 21st day of December, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court